UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TYRONE HURT, *et al.*,

      Plaintiffs

    v.            C-1-13-432

UNITED STATES OF AMERICA,

      Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 3) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 3) is hereby ADOPTED AND INCORPORATED HEREIN BY

2

REFERENCE. The Complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1951(a)(3).

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith, and therefore, DENIES plaintiffs leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                 s/Herman J. Weber
                                               Herman J. Weber, Senior Judge
                                               United States District Court